■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO PRICE, Appellant. [627 NYS2d 596] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Griffith, J.—Attempted Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Fallon, Callahan, Doerr and Balio, JJ.